**Order entered October 9, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00789-CV

### ANWAR KAZI, ZAMEER SACHEDINA, ROHIT SHARMA, AND WISEMAN INNOVATIONS, LLCZAMEER SACHEDINA, ROHIT SHARMA, AND WISEMAN INNOVATIONS, LLC, Appellants

### V.

### MOHAMMAD SOHAIL, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-09713**

## ORDER

Before the Court is appellee's October 7, 2020 unopposed motion to extend time to file his brief. We **GRANT** the motion and **ORDER** appellee's brief be filed no later than November 2, 2020.

/s/ ERIN A. NOWELL
   JUSTICE